**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Loan Trust 2006-2, | CIVIL ACTION NO. 3:CV-12-2526 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| VALERIE R. YINGST and ROBERT G. YINGST, | |
| Defendants. | |

## ORDER

**NOW**, this 19th day of December, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If the Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge